UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carl J. Hach,

Plaintiff, Civil No. 01-1866 (RHK/JMM)

vs. **O R D E R**

Susan M. Pedersen, and
Pamela Matson,

Defendants.

---

In Plaintiff's Objection to the recommended dismissal of his Complaint without prejudice, he represents that he "has made arrangements to submit the $150.00 filing fee within ten (10) days upon permission being granted by the Court." Although Magistrate Judge John M. Mason's recommended disposition is fully warranted by Plaintiff's past failure to comply with the requirements of Judge Mason's October 19, 2001 Order, the Court will accept his current representation and allow him to pay the $150.00 filing fee and, if he does so, allow the Complaint to stand.

Accordingly, if Plaintiff pays the full $150.00 filing fee by January 2, 2002, the Complaint will not be dismissed. If the filing fee is not paid by that date, the Court, without further notice, will adopt the Report and Recommendation of Judge Mason (which it has reviewed de novo) and dismiss the Complaint without prejudice.

Dated: December 17, 2001

RICHARD H. KYLE
United States District Judge

DEC 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK