UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carl J. Hach,

Plaintiff,

Civil No. 01-1866 (RHK/JMM)

vs.

**ORDER**

Susan M. Pedersen, and
Pamela Matson,

Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated January 7, 2002. No objections have been filed to that Report and Recommendation in the time period permitted, although Plaintiff has filed a document entitled "Request for Dismissal of Action Without Prejudice."

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED AS MOOT**;

2. The action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

JAN 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 3 0 2002
DEPUTY CLERK

3. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted"; and

4. Plaintiff's Request for Dismissal of Action Without Prejudice (Doc. No. 10) is **DENIED AS MOOT**.

Dated: January 30, 2002

RICHARD H. KYLE
United States District Judge