# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carl J. Hach

Plaintiff

v.

Susan M. Pedersen and
Pamela Matson

Defendants

Case No. Civil 01-1866 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied as moot. This action is summarily dismissed. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted. Plaintiff's request for dismissal of action without prejudice is denied as moot.

DATE: January 30, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

12